# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ERIC WORLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| GUITAR CENTER STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1441 AND 1446

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Guitar Center Stores, Inc. ("**Guitar Center**") hereby removes to this Court the case styled *Eric Worley v. Guitar Center Stores, Inc.*, Case No. 22CN-CC00007, from the Circuit Court of Clinton County, Missouri, at Plattsburg. As set forth below, the Court has jurisdiction and Guitar Center has satisfied the procedural requirements for removal.

**I.     BACKGROUND.**

1. On February 10, 2022, Plaintiff Eric Worley ("**Plaintiff**") filed his Petition in the Circuit Court of Clinton County, Missouri at Plattsburg ("**Petition**"). Guitar Center was served with the Summons and Petition on February 17, 2022. A copy of the Summons and Petition and all other process and papers served on Guitar Center are attached hereto as **Exhibit A**.

2. Plaintiff's Petition asserts a cause of action against Guitar Center for alleged violation of the Fair Credit Reporting Act ("FCRA") (*Id.*, p. 1.)

3. Guitar Center removes this case on the basis of federal question jurisdiction because Plaintiff's Petition asserts federal causes of action against Guitar Center.

## II. THE COURT HAS FEDERAL QUESTION JURISDICTION BECAUSE PLAINTIFF'S PETITION RAISES A CLAIM UNDER THE LAWS OF THE UNITED STATES.

4. Pursuant to 28 U.S.C. § 1441, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed . . . ." 28 U.S.C. § 1441(a).

5. Pursuant to 28 U.S.C. § 1331, district courts have jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

6. The state court action is removable pursuant to 28 U.S.C. § 1441(a) because it is within the United States District Court's jurisdiction under 28 U.S.C. § 1331 (federal question) in that the Petition raises a claim under the laws of the United States; namely, the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*, ("FCRA").

## III. GUITAR CENTER HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL UNDER 28 U.S.C. § 1446.

7. This Notice of Removal is timely in that it is filed within 30 days from the date Guitar Center received a copy of the Summons and Petition. *See* 28 U.S.C. §§ 1441(e), 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 348 (1999) (removal period "is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, 'through service or otherwise,' after and apart from service of the summons").

8. In accordance with 28 U.S.C. 1446(a), a copy of all process, pleadings, and orders served upon Guitar Center in the Circuit Court of Clinton County are attached as Exhibit A.

9. Guitar Center will promptly file a copy of this Notice of Removal with the clerk of the Circuit Court of Clinton County and serve a copy on counsel for Plaintiff.

## IV. CONCLUSION.

10. For the foregoing reasons, this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 1441, and the procedural requirements of 28 U.S.C. § 1446 are satisfied.

11. Thus, Guitar Center asks that this Court take jurisdiction of this action to its conclusion and to final judgment to the exclusion of any further proceedings in the state court in accordance with federal law.

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: s/ *James D. Lawrence*
James D. Lawrence (MO # 53411)
Sarah R. Holdmeyer (MO # 69140)
1200 Main Street, Suite 3800
Kansas City, MO 64105
(816) 374-3200 telephone
(816) 374-3300 facsimile
jdlawrence@bclplaw.com
sarah.holdmeyer@bclplaw.com

ATTORNEYS FOR DEFENDANT GUITAR CENTER STORES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2022, the foregoing document was electronically filed with the Court, with a copy served via email to:

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins LLC
201 S. US 169 Hwy.
Gower, Missouri 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

ATTORNEYS FOR PLAINTIFF

                                                              s/ *James D. Lawrence*
                                                              Attorney for Defendant