UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ERIC WORLEY<br>Individually and on behalf of all others,<br><br>              Plaintiff(s),<br><br>vs.<br><br>GUITAR CENTER STORES, INC.<br><br>              Defendant(s). | Case No. 22-06039-CV-SJ-FJG |

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Plaintiff's motion to amend the Petition is DENIED. It is further

**ORDERED** that

This case is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

  May 16, 2022                                             Paige Wymore-Wynn
Date                                                        Clerk

Entered on   May 16, 2022             /s/ Christy Anderson
                                                           (By) Deputy Clerk